IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMUEL AUDET, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEVLAR ENERGY MARKETING, LLC, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:15-CV-2673-C |

## ORDER

The Court having considered Plaintiffs' Motion to Stay, filed September 9, 2015, is of the opinion that the same should be **DENIED**, without prejudice to refiling, because it lacks the supporting brief required under Local Rule 7.1(d) and (h).[1]

SO ORDERED.

Dated September 10, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that the Exhibit A referred to in the Motion to Stay was not attached.